991 A.2d 884

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**V.A.M., Respondent.**

Supreme Court of Pennsylvania.

March 31, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of March 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by the Petitioner, is:

Did Superior Court err in a matter of first impression where a divided panel in a published opinion: 1) reversed the Common Pleas Court and ordered that [Respondent's] criminal record for rape, involuntary deviate sexual intercourse, conspiracy, and related charges be destroyed; 2) denied that the Common Pleas Court had applied the legal standard set forth in its Rule 1925(a) opinion; and 3) ordered expungement on the extraordinary rationale that it did not know whether the Common Pleas Court was aware of the evidence of record?